MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
BRYAN REEVES, Assistant United States Attorney (DC #99479)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT  84111-2176
Telephone:  (801) 524-5682 • Facsimile:  (801) 524-3399

FILED
2026 MAY 20 PM 1:19
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| RAMON SANTOS-SERNA, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 2:26−cr−00180<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 5/20/2026<br>Description: USA v. Santos−Serna |

The United States Attorney charges:

COUNT I

On or about April 19, 2026, in the District of Utah,

RAMON SANTOS-SERNA,

the defendant herein, an alien who on or about May 7, 2013, and June 13, 2013, was

excluded, removed, and deported from the United States, did knowingly reenter and was

found in the United States in the District of Utah, having not obtained the consent of the

Secretary of the United States Department of Homeland Security to reapply for admission

into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 20th day of May, 2026.


MELISSA HOLYOAK
First Assistant United States Attorney

For: _____

Bryan Reeves
Assistant United States Attorney